UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 07-290 |
| ) | |
| TIMOTHY A. WAGGETT, ) | (See Civil Action No. 00-1275) |
| ) | |
| Defendant, ) | |
| ) | |
| SUPERIOR HONDA NISSAN, ) | |
| and its successors and assigns, ) | |
| ) | |
| Garnishee ) | |

**ORDER OF COURT**

AND NOW, this 14th day of Jan, 20 08, upon consideration of the United States' Application for Writ of Continuing Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Continuing Garnishment directed to Superior Honda Nissan.

_____
UNITED STATES DISTRICT JUDGE